Richard A. Madsen, Esq.   (#146174)
MADSEN & WOLCH, L.L.P.
2055 North Broadway, Suite 100
Walnut Creek, CA 94596
Telephone:   (925) 974-0800
Facsimile:    (925) 974-0808

Attorney for Defendant,
Cherie Copiskey

# THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### (YOSEMITE DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 6:05-MJ-00104-WMW |
| Plaintiff, | |
| vs. | |
| CHERIE COPISKEY, | |
| Defendant. | |

## WAIVER OF APPEARANCE AT ARRAIGNMENT; CONSENT TO ENTRY OF PLEA

I, Cherie Copiskey, having been charged with violation of Title 18 USC § 13, give up my right to be present at an arraignment held in this case and consent to entry by my attorney, Richard A. Madsen, Jr., of a plea of not guilty to the charge against me.

Dated: July 28, 2005

*[signature]*
Cherie Copiskey

Original kept in attorney office

It is so Ordered. Dated: 8-1-05

*[signature]*
United States Magistrate Judge

Waiver of Appearance at Arraignment; Consent to Entry of Plea- 1

**United States District Court, Eastern District of California, Yosemite Division**
*United States of America v. Cheri Copiskey*
**Case No. 6:MJ-00104-WMW**

### Certificate of Proof of Service

I, Richard A. Madsen, hereby certify that on July 29, 2005, I caused a true and correct copy of the attached **Waiver of Appearance at Arraignment; Consent to Entry of Plea** to be served on the following person by facsimile:

Beth Waldrow, Esq.
U.S. District Attorneys Office
Eastern District of California, Yosemite Division
9004 Castlecliffs Court
Yosemite, CA 95389
Tel: 209-372-0243

_____
Richard A. Madsen, Jr.