# THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# (YOSEMITE DIVISION)

UNITED STATES OF AMERICA,          Criminal No.  6:05-MJ-00104-WMW

    Plaintiff,

vs.

CHERIE COPISKEY,

    Defendant.

_____/

## ORDER EXTENDING DEFENDANT'S DEADLINE TO COMPLETE SPECIAL CONDITIONS OF PLEA AGREEMENT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

It is hereby ordered that pursuant to the Plea Agreement entered into on September 9, 2005:

Defendant is required to complete 50 hours of community service (without receiving compensation) at a non-profit organization with written proof of completion (by the non-profit organization) to be submitted to the court on or before January 10, 2007.  Furthermore, Defendant is required to complete 16 hours of a Court-approved anger management program and provide proof of completion to the Court on or before January 27, 2007.

IT IS SO ORDERED.

Dated:   September 19, 2006          /s/  William M. Wunderlich
mmkd34                               UNITED STATES MAGISTRATE JUDGE