# United States District Court

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER OF DEFERRED ENTRY OF JUDGEMENT |
| V. | |
| Cherie Copiskey | CASE NUMBER: 6:06-mj-00104-WMW |

Having met the conditions of supervision, the Court hereby discharges the defendant from supervision and dismisses those proceedings under which supervision has been ordered.

IT IS SO ORDERED.

**Dated:    June 4, 2007**                          **/s/  William M. Wunderlich**
                                                         UNITED STATES MAGISTRATE JUDGE